# Court of Appeals
# of the State of Georgia

ATLANTA, November 16, 2012

*The Court of Appeals hereby passes the following order:*

**A13A0342.  ROBERT FORD v. THE STATE.**

Robert Ford filed a "Motion to Challenge the Sufficiency of the Evidence," in which he challenged the revocation of his probation.  The trial court denied the motion, and Ford filed this direct appeal.

Because the underlying subject matter of Ford's appeal is the revocation of his probation, he was required to file an application for discretionary appeal in order to appeal.  See OCGA § 5-6-35 (a) (5); *White v. State*, 233 Ga. App. 873 (505 SE2d 228) (1998).  His failure to comply with the discretionary appeal requirements deprives this Court of jurisdiction to consider this appeal, which is therefore DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 11/16/2012
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

, *Clerk.*